UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIA L. ORTIZ DE LOPEZ, | ) | No. CV 07-5909-RC |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that Judgment be entered remanding the action to the Social Security Administration for further proceedings consistent with the Opinion and Order, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: _February 3, 2009__     _/S/ Rosalyn M. Chapman_____
                               ROSALYN M. CHAPMAN
                               UNITED STATES MAGISTRATE JUDGE

R&R-MDO\07-5909.jud
2/2/09